NO. 07-11-00477-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 31, 2012

BRAD DOUGLAS, INDIVIDUALLY AND D/B/A, DOUGLAS
GENERAL CONSTRUCTION, AND  DOUGLAS GENERAL
CONSTRUCTION, INC., APPELLANTS

v.

EDDIE CLARK AND LESLIE RUSH CLARK, APPELLEES

FROM THE 110TH DISTRICT COURT OF DICKENS COUNTY;

NO. 4468; HONORABLE WILLIAM P. SMITH, JUDGE

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellants Brad Douglas, individually and d/b/a Douglas General Construction, and Douglas General Construction, Inc. have filed a motion to dismiss this appeal.  *See* Tex. R. App. P. 42.1(a)(1).  No decision of this court having been delivered to date, we grant the motion and dismiss the appeal.  *Id.*  All costs herein having been paid, no order pertaining to the costs is made.  No motion for rehearing from appellants will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice